**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC., dba GE CAPITAL MODULAR SPACE,<br><br>           Plaintiff,<br><br>   v.<br><br>LEE WETZEL, an individual,<br><br>           Defendant. | Case Nos. ***EDCV 07-608-VAP*** (OPx); EDCV 08-224-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    On February 11, 2011, Lee Wetzel ("Wetzel") filed a motion ("Motion") for an order confirming the final arbitration award made on January 5, 2011 ("Final Arbitration Award") by the Honorable Edward A. Panelli (Ret.).  (Doc. No. 41, Ex. A.)  The Final Arbitration Award granted the sum of $95,694.26 to Wetzel.  (Id.) Pursuant to the Order filed herewith, the following IS ORDERED AND ADJUDGED:

(1) the Final Arbitration Award, pursuant to 9 U.S.C. § 11, is CORRECTED as follows: Wetzel is entitled to recover the sum of $157,434.26, including attorneys' fees, costs, and interest, from Transport International Pool, Inc. ("TIP");

(2) the Final Arbitration Award is CONFIRMED in all other respects;

(3) pursuant to the Final Arbitration Award, Plaintiff TIP shall take nothing by way of its complaint and claims against Wetzel;

(4) the parties shall be bound by the terms of the Final Arbitration Award, except as set forth above; and

(5) Wetzel is AWARDED attorneys' fees in the amount of $2,375.00. The Court orders that such judgment be entered.

Dated: June 17, 2011

VIRGINIA A. PHILLIPS
United States District Judge